IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02867-WYD-KLM

COLORADO MILLS, LLC,

    Plaintiff,

v.

SUNOPTA GRAINS AND FOOD, INC., and
JOHN RUELLE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [Docket No. 18; Filed February 28, 2013] (the "Motion"). Plaintiff represents that counsel for Defendants agrees with the relief requested in the Motion. Plaintiff requests that the affirmative expert disclosure deadline and the rebuttal expert disclosure deadline be moved up by one month.

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. The Scheduling Order entered on February 25, 2013 [#17] is modified to extend the following deadlines:

- Affirmative Expert Designation Deadline    **October 1, 2013**
- Rebuttal Expert Designation Deadline    **October 29, 2013**

    Dated:  February 28, 2013