IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-02867-WYD-KLM

COLORADO MILLS, LLC,

    Plaintiff,

v.

SUNOPTA GRAINS AND FOODS, INC. and
JOHN RUELLE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice [ECF No. 26], filed July 18, 2013.   After reviewing the stipulation and the file, I conclude that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that this action should be dismissed with prejudice.   Accordingly, it is

ORDERED that the parties' Stipulation for Dismissal With Prejudice [ECF No. 26] is **APPROVED.**   This action is **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated:   July 18, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE